**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JRSE MN HOLDINGS, LLC and**
**JAMES GREELEY** **PLAINTIFF**

**v.** **No: 4:26-cv-00732-JM**

**EXPORT MARINE, INC; PERRY KONIS;**
**JAY BASKINS; and DOES 1-10** **DEFENDANT**

**ORDER**

Defendant removed this case to federal court on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332(a)(1). Plaintiff did not file a motion for remand. However, "a court has a special obligation to consider whether it has subject matter jurisdiction in every case." *Hart v. United States*, 630 F.3d 1085, 1089 (8th Cir. 2011). A court should address this issue *sua sponte* when it believes that subject matter jurisdiction is lacking. *Id*

Plaintiffs allege they purchased a used wake boat for $38,250 and have had to spend over $1,500 for repairs. They assert claims for breach of contract, breach of express warranty, breach of implied warranty of merchantability, violations of the Arkansas Deceptive Trade Practices Act, and fraud.

While Plaintiffs First Amended Complaint, filed after removal, claims damages in excess of $75,000, the Court is not satisfied that the requisite amount in controversy exists. Defendants are given until October 23, 2026 to brief the issue. Plaintiffs have until October 30 to respond.

IT IS SO ORDERED this 8th day of October, 2026.

UNITED STATES DISTRICT JUDGE